ORIGINAL

FILED
JUN 20 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORMAN AND MIRNA JONES, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 08-457 L |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

## NOTICE OF DIRECT AND INDIRECTLY RELATED CASES

Come Now, the Plaintiffs, by and through their counsel of record, R. Deryl Edwards, Jr., and, pursuant to RCFC 40.2(a)(1)(A) and RCFC 40.2(b), respectively, and the accompanying Rules Committee Report, 2002 Revision, herewith provide notice to the Court and the Department of Justice that the Court may consider that there are four (4) directly and two (2) indirectly related cases which share identity of subject matter with the present case, although the indirectly related cases are in a post-judgment status against the United States and awaiting payment of attorney's fees, litigation costs, fees, expenses and prejudgment interest by the Defendant, the satisfaction of which will ultimately result in permanent removal from this Court's docket.

1. Pursuant to RCFC 42.1(a)(4), the Plaintiffs state that a case styled, *Winder v. U.S.*, Case No. 08-324 L, was filed with the Court of Claims on May 1, 2008 and is pending before the Honorable Christine O.C. Miller. Additionally, the Court has likewise received notice of a directly related case filing styled *Beecham v. U.S.*, Case No. 08-435 L on June 16, 2008 and Shira v. U.S., filed June 18, 2008. The above captioned case is based upon same or similar claims as alleged in the *Winder*, *Beecham* and *Shira* cases cited hereinabove which involve alleged 5th Amendment taking of realty in Jasper County,

Missouri by operation of federal railbanking law. The Plaintiffs in the *Winder, Beecham, Shira* and *Jones* cases all are or were Jasper County, Missouri landowners whom each and all owned property on and adjacent to a railroad right of way which was taken upon the issuance of a Notice of Interim Trail Use (NITU) on June 21, 2002 for a 15.93 mile former railroad corridor. Plaintiffs respectfully submit that assignment to Judge Miller of the captioned action and consolidation of the captioned case with the aforementioned cases are likely to conserve judicial resources and promote an efficient determination of the actions which arise out of similar claims. Judge Miller has previously issued a Stay Order in the *Winder* case until July 3, 2008 anticipating this and perhaps other filings prior to that time which would be appropriate for consolidation. Plaintiffs stated previously stated that only three cases would be filed, however, counsel has discovered that a previously unknown set of circumstances prevented Plaintiffs from joining in the related actions prior to this time. Counsel affirms that the four aforementioned cases will be the only directly related cases filed by the undersigned counsel prior to the expiration of statute of limitations on or about June 21, 2008 and counsel has no personal knowledge of any other directly related cases that will otherwise be filed directly related to the common operative facts stated in all three of the cases.

2. As stated previously, pursuant to RCFC 42.1(b), the Court will additionally note that two consolidated Court of Federal Claims cases, *Carl Junction R-1 School District v. U.S.*, case no. 05-3L and *Jeff Lundien et al. v. U.S.*, Case No. 05-4L, were Tucker Act cases filed against the United States arising out of the issuance of a Notice of Interim Trail Use (NITU) by a federal agency, brought by a total of eight Plaintiffs for Fifth Amendment "takings" of property in a 100 foot right-of-way along a 15.93 mile span of

former track operated by the Burlington Northern Santa Fe Railway in Jasper County, Missouri.

3. These two consolidated cases were consensually reduced to judgment against the United States, which has paid the eight Plaintiffs the agreed upon property damages, but whom continue to await the payment by the government of a separate judgment for prejudgment interest, litigation costs, expenses and attorney's fees. Technically speaking, the cases are still active, however, the cases will be removed from this Court's docket after satisfaction of the judgment, which is expected in the upcoming months. Out of an abundance of caution to adhere to Plaintiffs' interpretation of RCFC 40.2(b), and principles of fairness and candor, Plaintiffs submit this Notice of Indirectly Related Cases due to the sharing of identity of subject matter as discussed in the Rules of Committee Report, 2002 Revision to RCFC 40.2(b).

4. The Plaintiffs point out that there is a shared identity of subject matter between these two consolidated cases and the present case because the cases all arise from the same 15.93 mile long former railroad right-of-way which was taken for public use as a walking trail pursuant to the 1983 Amendments to the National Trails System Act on June 21, 2002 when an NITU was issued by the Surface Transportation Board. However, the cases are quite distinct in that the Plaintiffs in the case sub judice own real property that was allegedly taken, for Fifth Amendment condemnation purposes, which is totally different from the real property involved in the consolidated cases.

WHEREFORE, the Plaintiffs submit this Notice of Directly and Indirectly Related Cases to the Court and Opposing Counsel in the Department of Justice, Mr. Mark Barron, to assure compliance with the provisions of RCFC 40.2(b).

Respectfully Submitted,

LAW OFFICES OF R. DERYL EDWARDS
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com
ATTORNEY FOR THE PLAINTIFFS

**CERTIFICATE OF SERVICE**

The Plaintiffs, by and through their counsel, R. Deryl Edwards, Jr., herewith certify that they transmitted the foregoing Notice of Directly and Indirectly Related Claims by facsimile and by U.S. Mail, postage prepaid, this 19th day of June, 2008 to the following:

Mark Barron, Esq.
United States Dept. of Justice
Environment & Natural Resources
Natural Resources Section
P.O. Box 663
Ben Franklin Station
Washington, D.C. 20044-0663
Attorney for the United States of America

R. Deryl Edwards, Jr.